IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOUGLAS E. SMITHSON,

    Plaintiff,

vs.                                        CASE NO. 5:10cv300/RS-WCS

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 17) and Plaintiff's Objections to Magistrate's Report and Recommendation (Doc. 18). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 17) is approved and is incorporated in this Order.

2. The decision of the Commissioner to deny Plaintiff's application for social security benefits is affirmed.

3. The clerk is directed to close the file.

**ORDERED** on November 7, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**